# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

LADY BURD EXCLUSIVE COSMETICS, INC.,

              Plaintiff,

-against-

ALEXIS VOGEL, ECHO MARKETING LLC,
INTEGRITY GLOBAL MARKETING, PAUL
MONEA SR., PAUL MONEA JR., and JOSEPH
YAKUNICH,

              Defendants.

-------------- ----------------------------------------------X

8:05CV198

**03   CIVIL 9101 (DC)(RLE)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
JUDGMENT #04,1775**

OFFICE OF THE CLERK

05 MAY -3  PM 2: 25

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

      I, J. Michael McMahon, Clerk of this United States District Court certify that the attached

is a true and correct copy of the judgment entered in this action on September 24, 2004 as it appears

in the records of this court, and that * no notice of appeal has been filed, and no motion of any kind

listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

      IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

November 24, 2004.

                              _S. Michael M. McM_
                                **Clerk**

                                _Rc_
                       **(By) Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LADY BURD EXCLUSIVE COSMETICS, INC.,

Plaintiff(s).

-against-

ALEXIS VOGEL, ECHO MARKETING LLC,
INTEGRITY GLOBAL MARKETING, PAUL
MONEA SR., PAUL MONEA JR., and JOSEPH
YAKUNICH,

Defendant(s).

Case No. 03 Civ 9101
(RLE) (DC)

**DEFAULT JUDGMENT**

This action having been commenced on October 17, 2003 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Echo Marketing LLC, at 4735 Belpar Street NW, Canton, OH 44718, on October 24, 2003 by certified mail return receipt requested, and also by John Apynys of Private Process Server State of Ohio, and a proof of service having been filed on October 31, 2003; and the defendant having entered into a Settlement Agreement providing for entry of judgment in the event of a default on such Settlement Agreement and the defendant having defaulted on such Settlement Agreement, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $226,400.00 and interest from March 14, 2004 through August 6, 2004 amounting to $8,094.58, interest of $1,591.00 on the reduced outstanding principal balance of 169,800.00 from August 7, 2004 through September 13, 2004, and attorney's fees through May 2004 of $24,611.25 and costs and disbursements of this action though May 2004 in the amount of $2,405.64 amounting in all to $263,102.47, with a credit for payments made of $56,600.00 leaving $206,502.47

**Exhibit A**

due and owing, together with interest accruing after September 13, 2004 ~~and unbilled~~

~~attorney's fees, costs, and disbursements incurred after May 2004,~~ in enforcement of the

judgment until the judgment is paid, in accordance with the terms of the Settlement

Agreement.

Dated:      September 14, 2004
           New York, New York

_____
U.S.D.J.

This document was entered on the docket
on _____

A CERTIFIED COPY
J. MICHAEL McMAHON, . . . . CLERK

BY _____
          DEPUTY CLERK

2

**Exhibit A**